UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

Larriante J. Sumbry

   v.                                                  Civil No. 05-cv-112-SM

Cecil Davis

**O R D E R**

On May 3, 2005, the court issued an order granting the plaintiff's request to proceed in forma pauperis, and directing the Indiana Department of Corrections to remit a percentage of income in plaintiff's account to the court until the sum of $250.00 was paid, as set forth in 28 U.S.C. § 1915 (doc. no. 6). In fact, the filing fee for this case is $5.00. The court's order of May 3, 2005 (doc. no. 6) is therefore vacated.

This case was filed in 2005, and the court received plaintiff's first installment of 22 cents on April 8, 2011. The court grants plaintiff's motion to proceed in forma pauperis (doc. no. 3), and accepts the 22 cents paid. No further payment is required.

SO ORDERED.

                                               Landya McCafferty
                                               United States Magistrate Judge

April 15, 2011

cc:  Larriante J. Sumbry, pro se
     Bonnie S. Reed, Financial Administrator
     Indiana Department of Corrections, Inmate Accounts